**Law Offices of Ron Peters**
**RON PETERS (SBN: 45749)**
**50 Fullerton Court, Suite 207**
**Sacramento, California 95825**
**Telephone: (916) 922-9270**
**Facsimile:   (916) 922-2465**
**Email: ronslaw207@sbcglobal.net**

**Attorney for Defendant**
**ABRAHAM VALDEZ**

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 2:15-cr-00059-MCE-1 |
| **Plaintiff,** | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| **ABRAHAM VALDEZ,** | |
| **Defendant** | |

  The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Jill Thomas, Assistant United States Attorney, and defendant Abraham Valdez, through his attorney, Ronald Peters, Esq, hereby stipulate and agree that the status conference scheduled for April 23, 2015 at 9:00 am should be continued to June 25, 2015 at 9:00 a.m.

  Both parties agree that this case should be heard with the related case of defendants, Stacie Lee White and Tabitha Lorean Valdez and set on June 25, 2015. Further defense requires additional time for review of discovery, defense investigation and preparation.

  Parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and

1

Local Code T-4 - reasonable time to prepare and for continuity of counsel. The parties agree that time be excluded under this provision from April 23, 2015 to and including June 25, 2015.

        **Respectfully Submitted,**
        **BENJAMIN B. WAGNER**
        **United States Attorney**

DATE: April 23, 2015        */s/ Jill Thomas*_____
        JILL THOMAS
        **Assistant U.S. Attorney**

DATE: April 23, 2015        /s/Ron Peters_____
        RON PETERS
        Attorney for Defendant
        **Abraham Valdez**

**ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts that stipulation in its entirety as its order.  Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and defendant continuity of counsel.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation, April 23, 2015, to and including June 25, 2015.

IT IS SO ORDERED.

**DATED:  May 5, 2015**

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT