Law Offices of Ron Peters
RON PETERS (SBN: 45749)
50 Fullerton Court, Suite 207
Sacramento, California 95825
Telephone: (916) 922-9270
Facsimile:  (916) 922-2465
Email: ronslaw207@sbcglobal.net

Attorney for Defendant
ABRAHAM VALDEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-00059-MCE-1 |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| ABRAHAM VALDEZ, | |
| Defendant | |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Jill Thomas, Assistant United States Attorney, and defendant Abraham Valdez, through his attorney, Ronald Peters, Esq, hereby stipulate and agree that the status conference scheduled for November 6, 2015 at 9:00 am should be continued to December 17, 2015 at 9:00 a.m.

Defendant's attorney has a conflict in State Superior Court that was scheduled after the last continuance. Accordingly, a Local Rule T-4 exclusion would be appropriate and preparation and continuity of counsel.

Parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and

1

Local Code T-4 - reasonable time to prepare and for continuity of counsel. The parties agree that time be excluded under this provision from November 6, 2015 to and including December 17, 2015.

                                **Respectfully Submitted,**
                                **BENJAMIN B. WAGNER**
                                **United States Attorney**

DATE: November 4, 2015                */s/ Jill Thomas*
                                JILL THOMAS
                                **Assistant U.S. Attorney**

DATE: November 4, 2015                /s/Ron Peters
                                RON PETERS
                                Attorney for Defendant
                                **Abraham Valdez**

**ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts that stipulation in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and defendant continuity of counsel. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation, November 6, 2015, to and including December 17, 2015.

IT IS SO ORDERED.

DATED: November 10, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT