+**Law Offices of Ron Peters**
**RON PETERS (SBN: 45749)**
**901 H Street, Suite 611**
**Sacramento, California 95814**
**Telephone: (916) 322-2472**
**Facsimile:   (916) 322-3208**
**Email: ronslaw207@sbcglobal.net**

**Attorney for Defendant**
**ABRAHAM VALDEZ**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) Case No.: 2:15−CR−00059−GEB |
| | ) |
| | ) |
| **Plaintiff,** | ) **STIPULATION AND ORDER TO** |
| | ) **CONTINUE STATUS CONFERENCE** |
| **vs.** | ) |
| | ) |
| **ABRAHAM VALDEZ,** | ) |
| | ) |
| **Defendant** | ) |
| | ) |

The United States of America, through its counsels of record, Benjamin B. Wagner,

United States Attorney for the Eastern District of California, and Owen Roth, Assistant United

States Attorney, and defendant Abraham Valdez, through his attorney, Ronald Peters, Esq,

hereby stipulate and agree that the status conference scheduled for May 5, 2017 at 9:00 am

should be continued to May 12, 2017 at 9:00 a.m.

Defendant's attorney would to provide with the opportunity to consider letters of support

from the defendant's family, friends and employer.

Parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and

Local Code T-4 - reasonable time to prepare and for continuity of counsel. The parties agree that time be excluded under this provision from May 5, 2017 to and including May 12, 2017.

**Respectfully Submitted,**
**PHILLIP A. TALBERT**
**United States Attorney**

DATE: May 4, 2017                    */s/ Ron Peters for*_____
                                     OWEN ROTH
                                     **Assistant U.S. Attorney**


DATE: May 4, 2017                    /s/Ron Peters_____
                                     RON PETERS
                                     Attorney for Defendant
                                     **Abraham Valdez**

# PROPOSED ORDER

Sentencing is rescheduled to commence at 9:00 a.m. on May 12, 2017.

 Dated: May 4, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge