**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
1001 G Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
ABRAHAM VALDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **ABRAHAM VALDEZ,** <br><br> Defendant. | CASE NO. 2:15-CR-00059-MCE <br><br> **STIPULATION AND ORDER MODIFYING DUE DATE FOR REPLY TO GOVERNMENT'S OPPOSITION TO MOTION FOR RECONSIDERATION OF DENIAL OF EMERGENCY MOTION TO REDUCE SENTENCE** |

The United States and defendant Abraham Valdez, by and through his attorney of record, Erin J. Radekin, respectfully submit this stipulation and proposed order requesting to modify the date due for the reply brief to the United States' Opposition to Mr. Valdez's Emergency Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(C)(1)(A)(i), ECF no. 64.

The parties agree and stipulate as follows:

1. The government filed an opposition to Mr. Valdez's motion on November 16, 2020. ECF no. 70. Pursuant to this Court's order on November 12, 2020, any reply to the government's opposition is due on November 23, 2020, see ECF no. 69.

///

///

1

2. The parties agree modification of the date due for the reply is warranted to allow Ms. Radekin additional time to communicate with her client regarding the government's opposition and the recent addition of medications in his medical records.

3. Accordingly, the parties agree to modify the date due for the reply brief to **November 30, 2020.**

IT IS SO STIPULATED.

Respectfully submitted,

Dated: November 23, 2020           McGREGOR W. SCOTT
                                   United States Attorney

                                    /s/ Laura D. Withers
                                   LAURA D. WITHERS
                                   Assistant United States Attorney

Dated: November 23, 2020           /s/ Erin J. Radekin
                                   ERIN J. RADEKIN
                                   Counsel for Defendant
                                   ABRAHAM VALDEZ

**ORDER**

IT IS SO ORDERED.

Dated: November 26, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

2