**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
1001 G Street, Suite 107
Sacramento, CA 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
ABRAHAM VALDEZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00059-MCE |
| Plaintiff, | |
| v. | **ORDER RE EX PARTE MOTION FOR APPOINTMENT OF COUNSEL** |
| ABRAHAM VALDEZ, | |
| Defendant. | |

## ORDER

Pursuant to Local Rule 141(b), based upon the representation contained in defendant's Request to File Under Seal, and having considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990), IT IS SO FOUND AND ORDERED THAT, the Ex Parte Motion for Appointment of Counsel shall be sealed under further order of this court.

IT IS SO ORDERED.

Dated: January 28, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1