IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:15-cr-00058-DAD |
| Plaintiff, | ) | |
| v. | ) | |
| STACIE LEE WHITE, ET AL, | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:15-cr-00059-KJM |
| Plaintiff, | ) | |
| v. | ) | |
| ABRAHAM VALDEZ, | ) | |
| Defendant. | ) | |

Pusuant to the filing of the Notice of Related Cases in case numbers 2:15-cr-00058-DAD and 2:15-cr-00059-KJM on September 6, 2024;

Case number 2:15-cr-00059-KJM is transferred to the docket of District Judge Dale A. Drozd to effect a savings of judicial effort and judicial economy.

To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents.

**2:15-cr-00059-DAD**

///

1

IT IS SO ORDERED.

Dated: **September 10, 2024**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE